## 18981. LEETH *v.* THE STATE.

LUKE, J. Leeth was convicted of violating the prohibition law. The evidence was wholly circumstantial and, in our opinion, not sufficient to meet the legal requirement. For this reason the court erred in overruling the motion for a new trial.

*Judgment reversed. Bloodworth, J., concurs. Broyles, C. J., dissents.*

DECIDED JULY 10, 1928.

*R. Carter Pittman, J. E. Rosser,* for plaintiff in error, cited: *Hampton* v. *State,* 34 *Ga. App.* 699; *King* v. *State,* 37 *Ga. App.* 482.

*John C. Mitchell, solicitor-general,* contra.